**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Internet Forest Corporation d/b/a New Generation,<br><br>*Plaintiff*,<br><br>v.<br><br>Keru AI Inc., Vinoo Ganesh, and John McRaven,<br><br>*Defendants*. | Civil Action No. 1:26-cv-05948-JAV |

**NOTICE OF DEFENDANTS KERU AI INC. AND VINOO GANESH'S**
**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Declaration of Benjamin N. Simler and the exhibits attached thereto, Defendants Keru AI Inc. ("Keru") and Vinoo Ganesh, by and through undersigned counsel, will respectfully move this Court, on a date and at a time designated by the Court, for an order dismissing the claims asserted against them by Plaintiff Internet Forest Corporation d/b/a New Generation pursuant to Fed. R. Civ. P. 12(b)(6), on the ground that those claims fail to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1(b), opposition papers, if any, must be filed by October 28, 2026, and reply papers, if any, must be filed by November 4, 2026.

Dated: October 14, 2026

BALLARD SPAHR LLP

*/s/* Benjamin N. Simler

Marjorie J. Peerce
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: (646) 346-8039
Email: peercem@ballardspahr.com

Lynn E. Rzonca (admitted *pro hac vice*)
Benjamin N. Simler (admitted *pro hac vice*)
Doyle S. Tuvesson (admitted *pro hac vice*)
1735 Market St., 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Email: rzoncal@ballardspahr.com
simlerb@ballardspahr.com
tuvessond@ballardspahr.com

*Attorneys for Defendants Keru AI Inc. and Vinoo Ganesh*