**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Internet Forest Corporation d/b/a New Generation,<br><br>*Plaintiff*,<br><br>v.<br><br>Keru AI Inc., Vinoo Ganesh, and John McRaven,<br><br>*Defendants*. | Civil Action No. 1:26-cv-05948-JAV |

**NOTICE OF MOTION OF**
**DEFENDANT JOHN MCRAVEN'S MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Declaration of Benjamin N. Simler and the exhibits attached thereto, Defendant John McRaven, by and through undersigned counsel, will respectfully move this Court, on a date and at a time designated by the Court, for an order dismissing the claims asserted against him by Plaintiff Internet Forest Corporation d/b/a New Generation pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6). Mr. McRaven further joins in, and incorporates by reference, the Memorandum of Law in Support of the Motion to Dismiss and the Reply Memorandum of Law in Support of the Motion to Dismiss filed by Co-Defendants Keru AI Inc. ("Keru") and Vinoo Ganesh. (ECF Nos. 30, 38.)

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1(b) and Fed. R. Civ. P. 6, opposition papers, if any, must be filed by November 27, 2026, and reply papers, if any, must be filed by December 3, 2026.

Dated: November 12, 2026

Respectfully submitted,

*/s/ Benjamin N. Simler*

Marjorie J. Peerce
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: (646) 346-8039
Email: peercem@ballardspahr.com

Lynn E. Rzonca (admitted *pro hac vice*)
Benjamin N. Simler (admitted *pro hac vice*)
Doyle S. Tuvesson (admitted *pro hac vice)*
BALLARD SPAHR LLP
1735 Market St., 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Email: rzoncal@ballardspahr.com
simlerb@ballardspahr.com
tuvessond@ballardspahr.com

*Attorneys for Defendant John McRaven*